UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tieasha Pulley                                :   Chapter 13
                                                     :
        Debtor                                :   Bankruptcy No. 13-18547-ELF

CERTIFICATE OF SERVICE

    I, Robert H. Holber hereby certify that I served a copy of the Amended Notice of Motion, Response Deadline and Hearing Date by first class mail, postage prepaid, on the date below on the following:

Frederic J. Baker, Senior Assistant
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Zane David Memeger
U.S. Attorney
615 Chestnut Street - Ste. 1250
Philadelphia, PA 19106

(CASE TRUSTEE)
WILLIAM C. MILLER
1234 Market Street, #1813
Philadelphia, PA 19107

(DEBTOR)
Tieasha Pulley
6148 Reedland Street
Philadelphia, PA 19142

(DEBTORS ATTORNEY)
ERIK B. JENSEN
1528 Walnut Street, #1401
Philadelphia, PA 19102

_____1/13/17_____
Date

_____
David L. Zive, Esquire.
Senior Counsel
PA ID#56209
1600 Market Street, 28th Floor
Philadelphia, PA 19103

215-585-6351
215-585-5006 (Fax)