UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tieasha Pulley : Chapter 13
:
Debtor : Bankruptcy No. 13-18547-ELF

## ORDER

AND NOW, this 1st day of February, 20 17, upon consideration of the Motion of PNC Bank, National Association ("the Movant"), for Order Directing Payment of Funds In Court Registry, and the Movant having served the United States Attorney as required by 28 U.S.C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to II U.S.C. §347 for the benefit of the Movant in the amount of $2,890.80 shall be paid to PNC Bank, National Association and sent to 1600 Market Street, 28th Floor, Attn: David L. Zive, Philadelphia, PA 19103.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**