United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 13-18547-elf
Tieasha Pulley                                                              Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John            Page 1 of 1            Date Rcvd: Feb 01, 2017
                            Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.
db         #+Tieasha Pulley,    6148 Reedland Street,    Philadelphia, PA 19142-3212
cr         +PNC Bank, National Association,    c/o David L. Zive, Esquire,    1600 Market Street, 28th Floor,
          Philadelphia, PA 19103-7239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 02 2017 01:49:55     U.S. Attorney Office,
          c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2017 at the address(es) listed below:
        ERIK B. JENSEN    on behalf of Debtor Tieasha  Pulley john@erikjensenlaw.com,
         regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
        JAMES J. HOLMAN    on behalf of Creditor    PNC Bank, National Association jjholman@duanemorris.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                                  TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tieasha Pulley  :  Chapter 13
  :
  Debtor  :  Bankruptcy No. 13-18547-ELF

## ORDER

AND NOW, this __1st__ day of __February__, 20__17__, upon consideration of the Motion of PNC Bank, National Association ("the Movant"), for Order Directing Payment of Funds In Court Registry, and the Movant having served the United States Attorney as required by 28 U.S.C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to II U.S.C. §347 for the benefit of the Movant in the amount of $2,890.80 shall be paid to PNC Bank, National Association and sent to 1600 Market Street, 28th Floor, Attn: David L. Zive, Philadelphia, PA 19103.

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE